THE STATE EX REL. PRESTON, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Preston v. Indus.
Comm.* (1999), 86 Ohio St.3d 590.]

(No. 98–2613—Submitted July 28, 1999—Decided September 22, 1999.)

*Philip J. Fulton & Associates* and *William A. Thorman III,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Julie M. Lynch,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.